AO 120 (Rev. 2/99)

| TO: | Mail Stop 8 |
| --- | --- |
| | Director of the U.S. Patent & Trademark Office |
| | P.O. Box 1450 |
| | Alexandria, VA 22313-1450 |

**REPORT ON THE FILING OR DETERMINATION OF AN ACTION REGARDING A PATENT OR TRADEMARK**

In Compliance with 35 § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court  Northern District of California  on the following  X Patents or  ☐ Trademarks:

| DOCKET NO. | DATE FILED | U.S. DISTRICT COURT |
| --- | --- | --- |
| CV 13-00383 LB | 1/28/13 | 450 Golden Gate Ave., Box 36060, San Francisco, CA 94102 |

| PLAINTIFF | DEFENDANT |
| --- | --- |
| AIRTIGHT NETWORKS, INC. | AEROHIVE NETWORKS, INC. |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- |
| 1 | | SEE ATTACHED COMPLAINT |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s) have been included:

| DATE INCLUDED | INCLUDED BY |
| --- | --- |
| | ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| --- | --- | --- |
| 1 | | |
| 2 | | |
| 3 | | . |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

DECISION/JUDGEMENT

| CLERK | (BY) DEPUTY CLERK | DATE |
| --- | --- | --- |
| Richard W. Wieking | Felicia Reloba | January 29, 2013 |

**Copy 1—Upon initiation of action, mail this copy to Commissioner    Copy 3—Upon termination of action, mail this copy to Commissioner**
**Copy 2—Upon filing document adding patent(s), mail this copy to Commissioner    Copy 4—Case file copy**