| *Attorney or Party without Attorney:*<br>GOODWIN PROCTOR LLP<br>135 Commonwealth Drive<br>Menlo Park, CA 94025<br>*Telephone No:* (650) 752-3100   *FAX No:* (650) 853-1038<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
|---|---|
| *Ref. No. or File No.:* | |

*Insert name of Court, and Judicial District and Branch Court:*
UNITED STATES DISTRICT COURT

*Plaintiff:* AIRTIGHT NETWORKS, INC.

*Defendant:* AEROHIVE NETWORKS, INC.

| **PROOF OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV13-0383 LB |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; AIRTIGHT NETWORKS, INC.'S COMPLAINT FOR PATENT INFRINGEMENT AND JURY TRIAL DEMAND; CIVIL CASE COVER SHEET; PLAINTIFF AIRTIGHT NETWORKS, INC.'S ADMINISTRATIVE MOTION FOR LEAVE TO RELATED CASES; ORDER SETTING INITIAL CMC & ADR DEADLINES; NOTICE OF ASSIGNMENT; CONSENTING TO A MAGISTRATE JUDGES JURISDICTION; CERTIFICATION OF INTERESTED PARTIES

3. a. *Party served:* AEROHIVE NETWORKS, INC.
   b. *Person served:* SHIH LIN, EXECUTIVE ASSISTANT TO DAVID FLYNN, AUTHORIZED TO ACCEPT

4. *Address where the party was served:* 330 Gilbralter Drive, Sunnyvale, CA 94089

5. I served the party:
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Tue., Jan. 29, 2013 (2) at: 4:55PM

7. *Person Who Served Papers:*
   a. D. KAUL
   b. **SWIFT ATTORNEY SERVICE**
      P.O. BOX 5324
      500 ALLERTON STREET, SUITE 105
      Redwood City, CA 94063
   c. (650)364-9612, FAX (650)364-3305

Recoverable Cost Per CCP 1033.5(a)(4)(B)
d. *The Fee for Service was:* $78.50
e. I am: (3) registered California process server
   (i) Independent Contractor
   (ii) Registration No.: 194
   (iii) County: San Mateo
   (iv) Expiration Date: Tue, Dec. 31, 2013

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: Wed, Jan. 30, 2013

Judicial Council Form
Rule 2.150.(a)&(b) Rev January 1, 2007

PROOF OF SERVICE                    (D. KAUL)                    goodwin.90834